# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEVIN C. WHITAKER

NO. 2021 KW 0839

**OCTOBER 05, 2021**

---

In Re:     State of Louisiana, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, Nos. 20-WFLN-592, 20-WMSD-593,594.

---

BEFORE:    **WELCH, THERIOT, AND PENZATO, JJ.**

**WRIT DENIED IN PART; WRIT GRANTED IN PART.** There was no clear abuse of discretion or error in the granting of the motion to suppress the marijuana seized from the pocket of the defendant. See **State v. James**, 99-3304 (La. 12/8/00), 795 So.2d 1146, 1150 (per curiam) ("the officer exceeded the scope of a valid **Terry** stop when he removed the canister from [the defendant's] pocket and began manipulating it to determine its contents. At that point, the officer had embarked on 'the sort of evidentiary search that **Terry** expressly refused to authorize....'") (quoting, **Minnesota v. Dickerson**, 508 U.S. 366, 378, 113 S.Ct. 2130, 2139, 124 L.Ed.2d 334 (1993)). Further, the inevitable discovery doctrine does not apply to the marijuana seized from the pocket of the defendant. See **State v. Brock**, 2015-2165 (La. 2/24/17), 210 So.3d 276, 277 n.1 (per curiam) ("[a]lthough, as the court of appeal reasoned, it is conceivable that an exception to the warrant requirement could apply in cases involving pharmacy records, the burden was on the [S]tate to prove that an exception applied to the initial warrantless search. See La. [Code Crim. P. art.] 703(D). The [S]tate failed to present any such evidence at the suppression hearing and a reopened evidentiary hearing is unwarranted."). However, Corporal Nettles testified the defendant consented to a search of his vehicle after the frisk. The trial court abused its discretion in suppressing the drug paraphernalia and methamphetamine found pursuant to the consent search.

**JEW**
**AHP**

    **Theriot, J.,** dissents in part and would deny the writ in its entirety.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT